FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 2 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v.  Lonski, Jakub  DEFENDANT(S). | SA09-123 M  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Tuesday___, ___3/24/09___, at ___10:00___ ☒a.m. / ☐p.m. before the Honorable ___Robert N' Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___3/20/09___

_____
U.S. District Judge/Magistrate Judge